UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON'S FRYE, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>L'OREAL SA, FRANCE, a French Corporation, and L'OREAL USA, INC., a New York corporation,<br><br>      Defendants. | Court No.: 08 C 213<br><br>Judge Gettleman<br>Magistrate Judge Denlow |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

L'OREAL USA, INC., by and through its attorneys, SEDGWICK, DETERT, MORAN & ARNOLD LLP, hereby present this Unopposed Motion for Extension of Time to Plead, and in support thereof state as follows:

1. On January 9, 2008, Plaintiff filed its purported class action complaint against L'Oreal USA, INC. and L'Oreal SA, France.

2. L'Oreal USA, Inc. received the complaint on March 27, 2008. Without prejudice to any objections to personal jurisdiction, venue, service of process, or to any other defense, L'Oreal USA, Inc. has calendared its date to respond to the Complaint for April 16, 2008. L'Oreal USA, Inc. would like an additional 30 days to prepare its response the Complaint.

3. L'Oreal USA, Inc. hereby moves for an extension of time to file a responsive pleading to Plaintiff's Complaint to and including May 16, 2008.

4. Plaintiff's counsel has indicated that he does not oppose this motion.

WHEREFORE, for the reasons stated above, L'OREAL USA, INC. respectfully requests that this Court grant its motion and enter an order granting an extension of time to

CH/280034v1

respond to the Complaint to and including May 16, 2008, or granting any other relief that the Court deems proper.

                                  Respectfully Submitted,

                                  **SEDGWICK, DETERT, MORAN & ARNOLD LLP**

                                  By:      s/ C. Kinnier Lastimosa
                                         One of the Attorneys for Defendants

Anthony J. Anscombe ARDC# 6257352
C. Kinnier Lastimosa ARDC# 6277860
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 641-9050
Facsimile: (312) 641-9530

CH/280034v1