# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DON'S FRYE, on behalf of herself and all others similarly situated, | |
| Plaintiff, | Court No.:  08 C 213 |
| v. | |
| L'OREAL SA, FRANCE, a French Corporation, and L'OREAL USA, INC., a New York corporation, | Judge Gettleman<br>Magistrate Judge Denlow |
| Defendants. | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that the following document was electronically filed with the U.S. District Court for the Northern District of Illinois on this date:  Unopposed Motion For Extension Of Time To Respond To Complaint.

DATED this 11th day of April 2008.

Respectfully Submitted,

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**

By:_____s/ C. Kinnier Lastimosa_____
One of the Attorneys for Defendants

Anthony J. Anscombe ARDC# 6257352
C. Kinnier Lastimosa ARDC# 6277860
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 641-9050
Facsimile: (312) 641-9530

## CERTIFICATE OF SERVICE

The undersigned attorney for defendant L'Oreal SA, France certifies that on April 11, 2008, he caused a copy of the foregoing **Unopposed Motion For Extension Of Time To Respond To Complaint** to be electronically filed. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

Lawrence Walner
Michael S. Hilicki
Aaron R. Walner
Lawrence Walner & Associates, Ltd.
150 North Wacker Drive
Suite 2150
Chicago, Illinois   60606
(312) 201-1616
(312) 201-1538


_____s/ C. Kinnier Lastimosa_____

CH/280025v1