UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON'S FRYE, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>L'OREAL SA, FRANCE, a French Corporation, and L'OREAL USA, INC., a New York corporation,<br><br>　　　　　　　Defendant. | Court No.: 08 C 213<br><br>Judge Gettleman<br>Magistrate Judge Denlow |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, and to enable judges and magistrate judges of this court to evaluate possible disqualification and recusal, the undersigned counsel for defendant L'Oréal USA, Inc. hereby notifies the Court that the L'Oreal U.S.A. Inc. is an indirect wholly owned subsidiary of L'Oréal S.A., which is publicly traded on the Paris Stock Exchange.

Respectfully Submitted,

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**

By:　　　s/ C. Kinnier Lastimosa
　　　One of the Attorneys for Defendants

Anthony J. Anscombe ARDC# 6257352
C. Kinnier Lastimosa ARDC# 6277860
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 641-9050
Facsimile: (312) 641-9530

CH/280035v1