UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON'S FRYE, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>L'OREAL SA, FRANCE, a French Corporation, and L'OREAL USA, INC., a New York corporation,<br>      Defendants. | Court No.: 08 C 213<br><br>Judge Gettleman<br>Magistrate Judge Denlow |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that the following document was electronically filed with the U.S. District Court for the Northern District of Illinois on this date: Rule 7.1 Disclosure Statement.

**DATED** this 11th day of April 2008.

      Respectfully Submitted,

      **SEDGWICK, DETERT, MORAN & ARNOLD LLP**


      By:  s/ C. Kinnier Lastimosa
        One of the Attorneys for Defendants

Anthony J. Anscombe ARDC# 6257352
C. Kinnier Lastimosa ARDC# 6277860
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 641-9050
Facsimile: (312) 641-9530

CH/280026v1

## CERTIFICATE OF SERVICE

The undersigned attorney for defendant L'Oreal SA, France certifies that on April 11, 2008, he caused a copy of the foregoing **Rule 7.1 Disclosure Statement** to be electronically filed. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

Lawrence Walner
Michael S. Hilicki
Aaron R. Walner
Lawrence Walner & Associates, Ltd.
150 North Wacker Drive
Suite 2150
Chicago, Illinois   60606
(312) 201-1616
(312) 201-1538

                                                s/ C. Kinnier Lastimosa

CH/280026v1