UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON'S FRYE, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>L'OREAL SA, FRANCE, a French Corporation, and L'OREAL USA, INC., a New York corporation,<br><br>　　　　　　　　　Defendants. | Court No.: 08 C 213<br><br>Judge Gettleman<br>Magistrate Judge Denlow |

### NOTICE OF MOTION

**TO:**　All Counsel of Record
　　　　(See Attached Service List)

**PLEASE TAKE NOTICE** that on Wednesday, April 16, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gettleman in Courtroom 1703 at the U.S. District Court, Northern District of Illinois, Eastern Division, Dirksen Federal Building, Chicago, IL and then and there present the attached Unopposed Motion For Extension Of Time To Respond To Complaint.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　**SEDGWICK, DETERT, MORAN & ARNOLD LLP**


　　　　　　　　　　　　　　By:　/s/ C. Kinnier Lastimosa
　　　　　　　　　　　　　　　　One of the Attorneys for Defendant
　　　　　　　　　　　　　　　　L'Oreal SA, France

Anthony J. Anscombe, Esq. (ARDC# 6257352)
C. Kinnier Lastimosa, Esq. (ARDC# 6277860)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One North Wacker Drive, Suite 4200
Chicago, Illinois 60606-2841
Telephone: (312) 641-9050
Facsimile: (312) 641-9530

CH/280048v1

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, April 11, 2008, I electronically filed the above listed document on behalf of Defendant L'Oreal SA, France, with the Clerk of the Court using the CM/ECF system which will send notification of such filings(s) to the attached service list.

Respectfully submitted,

/s/ C. Kinnier Lastimosa
C. Kinnier Lastimosa (ARDC# 6277860)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One North Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: 312.641.9050
Fax: 312.641.9530
kinnier.lastimosa@sdma.com

CH/280048v1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON'S FRYE, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>L'OREAL SA, FRANCE, a French Corporation, and L'OREAL USA, INC., a New York corporation,<br>　　　　　　　　　Defendants. | Court No.: 08 C 213<br><br>Judge Gettleman<br>Magistrate Judge Denlow |

## SERVICE LIST

Lawrence Walner
Michael S. Hilicki
Aaron R. Walner
Lawrence Walner & Associates, Ltd.
150 North Wacker Drive
Suite 2150
Chicago, Illinois   60606
(312) 201-1616
(312) 201-1538

CH/280051v1