UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON'S FRYE, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> L'OREAL SA, FRANCE, a French Corporation, and L'OREAL USA, INC., a New York corporation, <br><br> Defendants. | Court No.: 08 C 213 <br><br> Judge Gettleman <br> Magistrate Judge Denlow |

## NOTICE OF MOTION

**TO:** All Counsel of Record
(See Attached Service List)

**PLEASE TAKE NOTICE** that on Thursday, May 15, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gettleman in Courtroom 1703 at the U.S. District Court, Northern District of Illinois, Eastern Division, Dirksen Federal Building, Chicago, IL and then and there present the attached Defendant's Motion For Leave to File a Brief Exceeding 15 Pages.

Respectfully submitted,

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**

By: /s/ C. Kinnier Lastimosa
One of the Attorneys for Defendant
L'Oreal USA Inc.

Anthony J. Anscombe, Esq. (ARDC# 6257352)
C. Kinnier Lastimosa, Esq. (ARDC# 6277860)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One North Wacker Drive, Suite 4200
Chicago, Illinois 60606-2841
Telephone: (312) 641-9050
Facsimile: (312) 641-9530

## **CERTIFICATE OF SERVICE**

I hereby certify that on Monday, May 12, 2008, I electronically filed the above listed document on behalf of Defendant L'Oreal USA, Inc., with the Clerk of the Court using the CM/ECF system which will send notification of such filings(s) to the attached service list.

Respectfully submitted,

/s/ C. Kinnier Lastimosa
C. Kinnier Lastimosa (ARDC# 6277860)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One North Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: 312.641.9050
Fax: 312.641.9530
kinnier.lastimosa@sdma.com

CH/281875v1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON'S FRYE, on behalf of herself and all others similarly situated, | |
| Plaintiff, | Court No.: 08 C 213 |
| v. | |
| L'OREAL SA, FRANCE, a French Corporation, and L'OREAL USA, INC., a New York corporation, | Judge Gettleman<br>Magistrate Judge Denlow |
| Defendants. | |

## SERVICE LIST

Lawrence Walner
Michael S. Hilicki
Aaron R. Walner
Lawrence Walner & Associates, Ltd.
150 North Wacker Drive
Suite 2150
Chicago, Illinois  60606
(312) 201-1616
(312) 201-1538

CH/280051v1