UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON'S FRYE, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>L'OREAL SA, FRANCE, a French Corporation, and L'OREAL USA, INC., a New York corporation,<br><br>　　　　　　　　　　Defendants. | Court No.: 08 C 213<br><br>Judge Gettleman<br>Magistrate Judge Denlow |

### NOTICE OF MOTION

**TO:** 　Lawrence Walner
　　　　Michael S. Hilicki
　　　　Aaron R. Walner
　　　　Lawrence Walner & Associates, Ltd.
　　　　150 North Wacker Drive
　　　　Suite 2150
　　　　Chicago, IL 60606

　　**PLEASE TAKE NOTICE** that on **Wednesday, May 21, 2008** at **9:15 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gettleman in Courtroom 1703 at the U.S. District Court, Northern District of Illinois, Eastern Division, Dirksen Federal Building, Chicago, IL and then and there present the attached **L'OREAL USA INC.'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**SEDGWICK, DETERT, MORAN & ARNOLD LLP**

　　　　　　　　　　　　　　　　　　By: 　/s/ Anthony J. Anscombe
　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　L'Oreal SA, France

Anthony J. Anscombe, Esq. (ARDC# 6257352)
C. Kinnier Lastimosa, Esq. (ARDC# 6277860)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One North Wacker Drive, Suite 4200
Chicago, Illinois 60606-2841
Telephone: (312) 641-9050
Facsimile: (312) 641-9530

CH/280048v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on Friday, May 16, 2008, I electronically filed the above listed document on behalf of Defendant L'Oreal SA, France, with the Clerk of the Court using the CM/ECF system which will send notification of such filings(s) to the attached service list.

                                        Respectfully submitted,

                                        /s/ Anthony J. Anscombe
                                        C. Kinnier Lastimosa (ARDC# 6277860)
                                        SEDGWICK, DETERT, MORAN & ARNOLD LLP
                                        One North Wacker Drive, Suite 4200
                                        Chicago, IL 60606
                                        Telephone: 312.641.9050
                                        Fax: 312.641.9530
                                        kinnier.lastimosa@sdma.com

CH/280048v1