# Exhibit G

CH/282143v1

**COMPARISON OF LEAD EXPOSURES ATTRIBUTABLE TO CANDY AT .1 PPM AND LIPSTICK AT AN ALLEGED CONCENTRATION OF .65 PPM**

1) Allegations of Plaintiff's Complaint:

   - Women inadvertently ingest approximately four pounds of lipstick in their lives (¶ 23)

   - L'Oreal lipstick allegedly contains up to .65 ppm lead. (¶ 31)

   - FDA's standard for lead in candy is .1 ppm, protects children, and is an acceptable concentration. (¶¶ 29, 31, 32)

   - Most women in the United States start using lipstick by the age of 10. (¶ 24)

2) Facts Judicially noticeable:

   - FDA based its standard for lead in candy on an assumption that daily candy serving sizes equal or exceed 21 grams. (Exhibit F)

   - According to the US Social Security Administration's 2004 Actuarial Table, found at http://www.ssa.gov/OACT/STATS/table4c6.html, the remaining life expectancy of a currently ten year old girl is 70.58 years.

3) Calculation of Daily Exposure to Lead From Lipstick

   - The alleged exposure period is 70 years (80-10)

   - 70 years = 25,550 days

   - 4 pounds = 64 oz

   - 64 oz = 1814.369 grams

   - 1814.369 grams/25,550 days = .071 grams/day

   - .65 parts per million = .000065%

   - .000065% of .071 grams = **.000000046 grams lead/day**

4) Calculation of Daily Exposure to Lead from one 21 gram serving of candy for same period of time:
   - 21 grams/day

   - .1 ppm = .00001%

- .00001% of 21 grams = **.0000021 grams lead/day**

5) Comparison of daily values: Daily intake from candy at .1 ppm is **45.65 times higher than daily intake from exposure to lipstick containing .65 ppm of lead.** (.00021/.0000047 = 45.65)