UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON'S FRYE, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>L'OREAL SA, FRANCE, a French Corporation, and L'OREAL USA, INC., a New York corporation,<br><br>        Defendants. | Court No.: 08 C 213<br><br>Judge Gettleman<br>Magistrate Judge Denlow |

### AMENDED NOTICE OF MOTION

TO:   Lawrence Walner
      Michael S. Hilicki
      Aaron R. Walner
      Lawrence Walner & Associates, Ltd.
      150 North Wacker Drive
      Suite 2150
      Chicago, IL 60606

**PLEASE TAKE NOTICE** that on **Tuesday, May 27, 2008** at **9:15 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gettleman in Courtroom 1703 at the U.S. District Court, Northern District of Illinois, Eastern Division, Dirksen Federal Building, Chicago, IL and then and there present previously served **L'OREAL USA INC.'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**.

                                Respectfully submitted,

                                SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                By:   /s/ C. Kinnier Lastimosa
                                      One of the Attorneys for Defendant
                                      L'Oreal SA, France

Anthony J. Anscombe, Esq. (ARDC# 6257352)
C. Kinnier Lastimosa, Esq. (ARDC# 6277860)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One North Wacker Drive, Suite 4200
Chicago, Illinois 60606-2841
Telephone: (312) 641-9050
Facsimile: (312) 641-9530

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, May 19, 2008, I electronically filed the above listed document on behalf of Defendant L'Oreal SA, France, with the Clerk of the Court using the CM/ECF system which will send notification of such filings(s) to the attached service list.

Respectfully submitted,

/s/ C. Kinnier Lastimosa
C. Kinnier Lastimosa (ARDC# 6277860)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One North Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: 312.641.9050
Fax: 312.641.9530
kinnier.lastimosa@sdma.com

CH/282339v1