## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 213 | **DATE** | 5/19/2008 |
| **CASE TITLE** | Don's Frye     vs     L'Oreal SA | | |

**DOCKET ENTRY TEXT:**

Defendant's motion for leave to file brief in excess of 15 pages is granted.

[For further detail see separate order]
[Telephone notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|