IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DON'S FRYE, on behalf of herself and all others similarly situated, )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>L'OREAL SA, FRANCE, a French Corporation and L'OREAL USA, INC., a New York Corporation )<br>)<br>Defendants. ) | No: 08 C 213<br>Judge Gettleman<br>Magistrate Judge Denlow |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THEIR DEADLINE FOR PLAINTIFF'S REPONSE TO DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION PURSUANT TO RULE 12(B)(6) AND PLAINTIFF'S REQUEST FOR AN OVERSIZED MEMORANDUM**

Plaintiffs move this Court to extend the due dates for Plaintiffs' Response to Defendant's Memorandum in Support of Motion Pursuant to Rule 12(B)(6) and Plaintiff to file a memorandum in excess of 15 pages. Plaintiff's memorandum is currently due to be filed on July 25, 2008.

1. Plaintiff's counsel is working diligently on this pleading. Plaintiff believes an extension of time will be required in order to complete their work in a careful and professional manner.

2. Personnel were often unavailable due to previously scheduled commitments and unexpected personal issues.

3. Also, Plaintiff's counsel has had an excessive amount of expected and unexpected professional issues.

4. Accordingly, counsel for Plaintiff's respectfully requests that this Court extend the due date for Plaintiffs' Response to Defendant's Memorandum in Support of Motion Pursuant to Rule 12(B)(6) from its originally due date, July 25, 2008, to and including August 15, 2008. Defense counsel advises that he is on vacation the week of 8/11 and requests two weeks for his reply.

5. Plaintiffs' also respectfully request that the Court allow Plaintiff's memorandum to be in excess of 15 pages. Defendant's memorandum exceeded 15 pages and Plaintiff would like the opportunity to respond accordingly.

6. This motion is unopposed.

WHEREFORE, Plaintiffs respectfully request that this Court:

   (1) To and including August 15, 2008 for Plaintiffs' Response to Defendant's Motion to Dismiss; and

   (2) To respectfully allow Plaintiff to file her memorandum in excess of 15 pages.

Respectfully Submitted by

_____s/_Aaron R. Walner
One of the Plaintiffs' Attorneys

Dated: July 18, 2008
Lawrence Walner
Aaron R. Walner
Lawrence Walner & Associates, Ltd.
150 North Wacker Drive
Suite 2150
Chicago, Illinois 60606
(312) 201-1616
(312) 201-1538

**CERTIFICATE OF SERVICE**

I, Aaron Walner, certify that on July 18, 2008, I caused a copy of **Plaintiff's Unopposed Motion for an Extension** to be served on the people at the addresses on the service list below via the ECF filing system for the United States District Court for the Northern District of Illinois.

                                                                   s/ Aaron Walner    .
                                                                 Aaron Walner

**SERVICE LIST**

Anthony J. Anscombe, Esq.
C. Kinner Lastimosa, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One North Wacker Drive, Suite 4200
Chicago, IL 60606-2841
312.641.9050
312.641.9530