**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DON'S FRYE, on behalf of herself and all others similarly situated, ) ) | |
| Plaintiff, ) ) | No. 08C 213 |
| v. ) ) | Judge Gettleman |
| L'OREAL SA, FRANCE, a French Corporation, and L'OREAL USA, Inc., a New York Corporation, ) ) ) ) | Magistrate Judge Denlow |
| Defendants. ) | |

**NOTICE OF MOTION**

**TO:** See Certificate of Service Attached to the Document Referenced Below

     PLEASE TAKE NOTICE that on July 23, 2008, at 9:00 a.m., we shall appear before Judge Gettleman in Room 1703 of the United States District Court for Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Plaintiff's Unopposed Motion for an Extension**, a copy of which has been served upon you via the Court's ECF filing system.

                                                                                                 s/Aaron Walner   .
                                                                                               One of Plaintiff's Attorneys

Dated: July 18, 2008

Lawrence Walner
Michael S. Hilicki
Lawrence Walner & Associates, Ltd.
150 North Wacker Drive
Suite 2150
Chicago, Illinois 60606
(312) 201-1616 – Phone
(312) 201-1538 – Fax