Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 213 | **DATE** | 7/25/2008 |
| **CASE TITLE** | Don's Frye     vs    L'Oreal SA, France | | |

**DOCKET ENTRY TEXT:**

Plaintiff's unopposed motion [21] to extend time to 8/15/2008 to file response to defendant's motion to dismiss and to allow it to file in excess of 15 pages is granted.   Defendant's reply is due by 8/29/2008. Status hearing date of 9/25/2008 is re-set to 10/29/2008, at 9:00 a.m.
[For further detail see separate order]
[Docketing to mail  notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|