UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON'S FRYE, on behalf of herself and all others similarly situated,<br><br>                      Plaintiff,<br><br>v.<br><br>L'OREAL SA, FRANCE, a French Corporation, and L'OREAL USA, INC., a New York corporation,<br>                      Defendants. | Court No.: 08 C 213<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF L'OREAL SA, FRANCE (only)**<br><br>Judge Gettleman<br>Magistrate Judge Denlow |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above captioned action as to L'Oreal SA, France without prejudice. The action remains pending as to L'Oreal USA, Inc.

Dated: August 18, 2008

                                                    By: /s/ Aaron Walner
                                                        One of the Attorneys for Plaintiff

Aaron Walner
Lawrence Walner & Associates, Ltd.
150 North Wacker Drive
Suite 2150
Chicago, IL 60606