UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON'S FRYE, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>L'OREAL SA, FRANCE, a French Corporation, and L'OREAL USA, INC., a New York corporation,<br>                    Defendants. | Court No.: 08 C 213<br><br>Judge Gettleman<br>Magistrate Judge Denlow |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

L'OREAL USA, INC., by and through its attorneys, SEDGWICK, DETERT, MORAN & ARNOLD LLP, hereby present this Unopposed Motion for Extension of Time to File Reply Brief, and in support thereof state as follows:

1.      On May 16, 2008, Defendant L'Oreal USA, Inc., filed a motion to dismiss Plaintiff's lawsuit. Following presentment of the motion to dismiss, the Court ordered that Plaintiff file its response brief by July 25, 2008.

2.      Thereafter, on July 18, 2008, Plaintiff moved for an extension of time and for leave to file a brief in excess of fifteen (15) pages.

3.      By Order dated July 28, 2008, the Court granted Plaintiff's motion for an extension of time to August 15, 2008, and for leave to file a brief in excess of fifteen (15) pages. The Court further ordered that the reply brief of Defendant L'Oreal USA, Inc. be due on August 29, 2008.

4.      On August 14, 2008, Plaintiff filed an opposition to the Motion to Dismiss that totaled approximately twenty-eight (28) pages.

5. Defendant L'Oreal USA, Inc. would like an additional ten (10) days to prepare its reply brief. L'Oreal makes this request as the nature of the opposition, as well as intervening events in other cases, have made the time for response insufficient.

6. Plaintiff's counsel has indicated that he does not oppose this motion.

7. L'Oreal USA, Inc. hereby moves for an extension of time to file its reply brief in support of its motion to dismiss to and including September 8, 2008.

WHEREFORE, for the reasons stated above, L'OREAL USA, INC. respectfully requests that this Court grant its motion and enter an order granting an extension of time to file its reply brief up to and including September 8, 2008, or granting any other relief that the Court deems proper.

Respectfully Submitted,

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**

By:    s/ C. Kinnier Lastimosa
      One of the Attorneys for Defendant

Anthony J. Anscombe ARDC# 6257352
C. Kinnier Lastimosa ARDC# 6277860
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 641-9050
Facsimile: (312) 641-9530