UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON'S FRYE, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>L'OREAL SA, FRANCE, a French Corporation, and L'OREAL USA, INC., a New York corporation,<br>      Defendant. | Court No.: 08 C 213<br><br>Judge Gettleman<br>Magistrate Judge Denlow |

### NOTICE OF MOTION

**TO:** Lawrence Walner
   Michael S. Hilicki
   Aaron R. Walner
   Lawrence Walner & Associates, Ltd.
   150 North Wacker Drive
   Suite 2150
   Chicago, IL 60606

  **PLEASE TAKE NOTICE** that on Thursday, August 28, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Court at the U.S. District Court, Northern District of Illinois, Eastern Division at Room 1703, Chicago, Illinois and then and there present the **Unopposed Motion For Extension Of Time To File Reply Brief.**

           Respectfully submitted,

           **SEDGWICK, DETERT, MORAN & ARNOLD LLP**

           By: /s/ C. Kinnier Lastimosa
             One of the Attorneys for Defendant
             L'Oreal USA, Inc.

Anthony J. Anscombe, Esq. (ARDC# 6257352)
C. Kinnier Lastimosa, Esq. (ARDC# 6277860)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One North Wacker Drive, Suite 4200
Chicago, Illinois 60606-2841
Telephone: (312) 641-9050
Facsimile: (312) 641-9530

CH/291149v1

## CERTIFICATE OF SERVICE

  I hereby certify that on Monday, August 25, 2008, I electronically filed the above listed document on behalf of Defendant L'Oreal USA, Inc. with the Clerk of the Court using the CM/ECF system which will send notification of such filings(s) to the service list.

              Respectfully submitted,

              /s/ C. Kinnier Lastimosa
              C. Kinnier Lastimosa (ARDC# 6277860)
              SEDGWICK, DETERT, MORAN & ARNOLD LLP
              One North Wacker Drive, Suite 4200
              Chicago, IL 60606
              Telephone: 312.641.9050
              Fax: 312.641.9530
              kinnier.lastimosa@sdma.com

CH/291149v1