IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DON'S FRYE, on behalf of herself and all others similarly situated,<br><br>   Plaintiffs<br><br>vs.<br><br>L'OREAL SA, FRANCE, a French Corporation and L'OREAL USA, INC., a New York Corporation<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No: 08 C 213<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:  All Counsel of Record
 (see attached Service List)

  PLEASE TAKE NOTICE that on **September 11, 2008** at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the **Judge Elaine Bucklo** in Room 1441 of the United States District Court for Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **PLAINTIFFS' MOTION FOR REASSIGNMENT OF RELATED CASES**.

              LAWRENCE WALNER & ASSOCIATES, LTD.


              <u>s/ Aaron Walner</u>
              One of Plaintiff's Attorneys


Lawrence Walner
**LAWRENCE WALNER & ASSOCIATES, LTD.**
150 N. Wacker Drive., Suite 2150
Chicago, IL 60606
T:  (312) 201-1616
F:  (312) 201-1538
(Attorney Code 10264)

## CERTIFICATE OF SERVICE

I, Aaron Walner an attorney, do hereby certify that on September 8, 2008, I caused a copy of the attached **PLAINTIFFS' MOTION FOR REASSIGNMENT OF RELATED CASE** to be served upon the parties in the attached service list via the courts ECF filing system. I declare under the penalty of perjury that the foregoing is true and correct.

s/ Aaron Walner

**Service List**
Anthony J. Anscombe, Esq.
C. Kinner Lastimosa, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One North Wacker Drive, Suite 4200
Chicago, IL 60606-2841
312.641.9050
312.641.9530