UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON'S FRYE, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>L'OREAL SA, FRANCE, a French Corporation, and L'OREAL USA, INC., a New York corporation,<br><br>      Defendants. | Court No.: 08 C 213<br><br>Judge Gettleman<br>Magistrate Judge Denlow |

### NOTICE OF FILING

**TO:** Lawrence Walner
   Michael S. Hilicki
   Aaron R. Walner
   Lawrence Walner & Associates, Ltd.
   150 North Wacker Drive
   Suite 2150
   Chicago, IL 60606

  **PLEASE TAKE NOTICE** that the following document was electronically filed with the U.S. District Court for the Northern District of Illinois on this date: **L'OREAL USA INC'S REPLY IN FURTHER SUPPORT OF MOTION PURSUANT TO RULE 12(B)(6).**

  **DATED** this 8th day of September 2008.

              Respectfully Submitted,

              **SEDGWICK, DETERT, MORAN & ARNOLD LLP**

              By:  s/ Anthony J. Anscombe
                One of the Attorneys for Defendants

Anthony J. Anscombe ARDC# 6257352
C. Kinnier Lastimosa ARDC# 6277860
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 641-9050
Facsimile: (312) 641-9530

## CERTIFICATE OF SERVICE

The undersigned attorney for defendant L'Oreal SA, France certifies that on **September 8, 2008**, he caused a copy of the foregoing **L'OREAL USA INC'S REPLY IN FURTHER SUPPORT OF MOTION PURSUANT TO RULE 12(B)(6)** to be electronically filed. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

Lawrence Walner
Michael S. Hilicki
Aaron R. Walner
Lawrence Walner & Associates, Ltd.
150 North Wacker Drive
Suite 2150
Chicago, Illinois   60606
(312) 201-1616
(312) 201-1538


                                                   _s/ Anthony J. Anscombe_