**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Don's Frye

                Plaintiff,

v.                                                                Case No.: 1:08−cv−00213
                                                                  Honorable Robert W. Gettleman

L'Oreal SA, France, et al.

                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, September 11, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Plaintiff's motion to reassign case [29] is denied for the reasons stated in court. No notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.